No. 67674.—J. E. Bernard & Company, Inc., et al. *v.* United States, protests 321053–K/9203, etc. (Chicago).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the cartage charges exacted were in excess of the reasonable rates and that the competitive rates were usual and reasonable, the claim of the plaintiffs was sustained, and the collector was directed to refund the overcharges. *United States* v. *Davies Turner & Company* (48 CCPA 159, C.A.D. 784), followed.

No. 67675.—Capitol Distributors Corp. (Trans.) et al. *v.* United States, protests 62/12105, etc. (New York).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 CCPA 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

MAY 1, 1963

No. 67676.—Remington Rand Div. of Sperry Rand Corp. *v.* United States, protest 60/8089.——C.D. 2377. Plaintiff's application for rehearing denied.

No. 67677.—Le Trappeur, Inc., and Mattoon & Company, Inc., et al. *v.* United States, protests 60/31259, 61/6737, and 61/12256. Protests abandoned April 8, 1963. (Not published.) (Initial No. 59/9999.) Plaintiffs' application for rehearing granted.